UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| In re:<br><br>Francis Randolph Warren & Janet Brown Warren,<br><br>    Debtors. | Case No. 12-51371<br>Chapter 7 |
| FIA Card Services, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>Francis Randolph Warren,<br><br>    Defendant. | ADV. NO. 12-05037 |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, by undersigned counsel, stipulate to the dismissal of this proceeding with prejudice, each party to bear their own attorney fees and costs. This matter has been settled for the amount of $660.00, to be paid on or before March 1, 2013.

_/s/_

FIA Card Services, N.A.
Daniel Ross 79727
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121

_/s/_
Francis Warren
Defendant

_/s/_
ANDREW S CHEN.
Attorney at Law
ATTORNEY AT LAW
113 GRANITE SPRINGS RD,
RICHMOND, VA 23225
Attorney for Defendant