**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

In Re:  KATIE MAE GREENE

            Debtor.

Case No.: 12-51236-SCS
Chapter 7

APN:12-05030-SCS

HAMPTON V.A. FEDERAL CREDIT UNION

            Plaintiff,

v.

KATIE MAE GREENE,

            Defendant.

**CONSENT ORDER DETERMINING DEBT TO BE NON-DISCHARGEABLE**

THIS CAUSE came to be heard upon the Complaint to Determine Dischargeability of its Debt ("Complaint") filed herein by Hampton V.A. Federal Credit Union ("Credit Union") against Katie Mae Greene ("the Debtor").

WHEREUPON, it appearing to the Court that the parties have conferred with each other and have achieved a resolution of the Complaint; and

WHEREUPON, it appearing to the Court that the Debtor agrees that the debt owed to the Credit Union, in the amount of $4,750.00 plus interest is non-dischargeable; and

WHEREUPON it appearing to the Court that the Debtor has agreed to timely pay the Credit Union $128.00 per month at the Loanliner Rate of 12.9% commencing on March 1, 2013

Steven L. Brown, Esquire
Counsel for Hampton VA Federal Credit Union
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
 757-497-6633
VSB#23740

until the debt is paid in full; it is therefore

ORDERED and DECREED that Judgment is entered in favor of the Credit Union against the Debtor in the amount of $4,750.00 plus interest at the Loanliner Rate of 12.9 %.

It is further ORDERED and DECREED that the debt in the amount of $4,750.00 plus interest at the Loanliner Rate of 12.9%, owed to the Credit Union, is hereby non-dischargeable pursuant to 11 U.S.C. Section 523(a)(2).  This debt shall be non-dischargeable in all future bankruptcy cases filed by the Debtor, no matter under which chapter the Debtor files in this case.

It is further ORDERED and DECREED that the Debtor shall timely pay the Credit Union $128.00 plus interest at the Loanliner Rate of 12.9% per month commencing on March 1, 2013;

It is further ORDERED and DECREED that if the Debtor fails to timely pay the Credit Union $128.00 per month commencing on March 1, 2013, then the Credit Union can institute collection activities to collect the debt.

It is further ORDERED and DECREED that the debt owed to the Credit Union shall not be discharged if and when the Debtor is granted a discharge.

Copies of this Order shall be mailed or electronically transmitted to Steven L. Brown, Convergence Center IV, 301 Bendix Road, Suite 500, Virginia Beach, Virginia 23452, counsel for Hampton V.A. Federal Credit Union; to Linda W. Coppinger, Debtor's attorney, 2 Eaton Street, Suite 106, Hampton, VA 23669; David R. Ruby, Trustee, 100 Shockoe Slip, Richmond, VA 23219; and to the debtor, 115 N. Independence Drive, Hampton, VA 23669.

Notice of Judgment or Order             **ENTER:**

Entered _____

                                               _____
                                                                  Judge

We ask for this:

 /s/ Steven L. Brown
Steven L. Brown, Esquire
Counsel for Hampton V.A. Federal Credit Union
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452


  /s/ Barry W. Spear                         /s/ Katie Mae Green
Barry W. Spear, Esquire                    Katie Mae Green
Linda W. Coppinger, Esquire                115 N. Independence Drive
2 Eaton Street, Suite 106                  Hampton, VA 23669
Hampton, VA 23669                          Debtor
Counsel for debtor


CERTIFICATION OF ENDORSEMENT

I hereby certify that on or about the 12th day of February 2013 all necessary parties involved in this matter have seen and endorsed this instant order.

                              /s/ Steven L. Brown